Theodore Wenk, Appellant, v. The City of New York and Others, Respondents.— Motion granted and question numbered one, only, certified.

Alfred Mussinan, Appellant, v. Willner Wood Company, Respondent.—Motion to resettle order granted.

In the Matter of the Petition of Norman Plass for an Order Revoking and Canceling Liquor Tax Certificate No. 22,107, Issued to Richard Sheeky. Norman Plass, Appellant, v. Richard Sheeky, Respondent.— Order affirmed, without costs. (See opinion in *Matter of Plass, ante,* p. 488.) All concurred.

Ann O'Reilly, as Administratrix, etc., of Eugene O'Reilly, Deceased, Appellant, v. Staten Island Midland Railroad Company, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the trial court erred in refusing to charge that the plaintiff's intestate was not responsible for a mere mistake in judgment, as requested, at folio 196 of the case on appeal. All concurred, except Goodrich, P. J., dissenting.

Ellen C. Osborne, Plaintiff, v. Howard J. M. Cardeza and Others, Defendants.— Motion for writ of prohibition denied, with ten dollars costs, on the ground that the appropriate remedy is by appeal. (See *People ex rel. Mayor* v. *Nichols,* 79 N. Y. 582.)

Sylvester L. Malone, as Administrator, etc., Appellant, v. Saints Peter and Paul's Church, Brooklyn, E. D., Respondent.— Motion to resettle order denied. Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: Has the court, in a suit upon a common-law cause of action, brought by an administrator, jurisdiction to order a reference of all the issues in the action to a referee to hear and determine the same when the administrator opposes the granting of such order and demands a trial by jury?

William Perry, Respondent, v. Metropolitan Street Railway Company, Appellant.— Motion denied.

The Ulster and Delaware Blue Stone Company, Plaintiff, v. The City of New York, Thomas G. Carlin and Others, Appellants.— Motion denied.

Central Trust Company of New York, Plaintiff, v. New York and Westchester Water Company and Others, Defendants.— Motion for

reargument denied. Motion for leave to appeal to the Court of Appeals granted.

In the Matter of the Judicial Settlement of the Account of William B. Davenport, Public Administrator of the County of Kings, as Administrator, etc., of Eliza T. White, Deceased.—The appellant cannot be required to print any papers not recited in the order appealed from, and, inasmuch as the stenographer's minutes are not thus recited, the motion must be denied, without prejudice, however, to an application in the Surrogate's Court to resettle the order if the stenographer's minutes were in fact considered upon the motion.

Henry J. Hayne, Appellant, v. Thomas Sealy, Respondent. — Motion to dismiss appeal denied.

In the Matter of the Application of William B. Hale for Admission to the Bar.—Application granted.

William P. Knowles, Appellant, v. The City of New York and Others. Respondents, and the Pennsylvania Steel Company, Defendant.— Appeal transferred to the first department.

The People of the State of New York ex rel. David E. Goldfarb, Respondent, v. Norman S. Dike, Appellant.— Order of discharge reversed, with ten dollars costs and disbursements, for the reasons assigned in the opinion in *Matter of Guden (ante,* p. 422), and prisoner remanded to the custody of the appellant. All concurred.

The People of the State of New York ex rel. Jacob W. Falk, Respondent, v. Norman S. Dike, Appellant.— Order of discharge reversed, with ten dollars costs and disbursements, for the reasons assigned in the opinion in *Matter of Guden (ante,* p. 422), and prisoner remanded to the custody of the appellant. All concurred.

The People of the State of New York ex rel. Jacob W. Falk, Appellant, v. Charles Guden, Respondent. — Order dismissing writ of habeas corpus reversed and proceeding remitted to Special Term for determination upon the merits for the reasons assigned in the opinion in *Matter of Guden (ante,* p. 422). All concurred.

In the Matter of the Application of Alfred Pizey for Admission to the Bar.—Application granted.

Annie Schmidt, Respondent, v. Peter Schouler, Appellant. — Judgment of the Municipal Court affirmed by default, with costs.

William C. Daly, Respondent, v. William J. Dongan, Appellant.—Judgment of the Municipal Court affirmed by default, with costs.

Carl A. Scheich, Respondent, v. George Sporr, Appellant. —Judgment of the Municipal Court affirmed by default, with costs.